Lowell P. McKelvey
Email: lowell@mckelveykozuma.com
McKelvey Kozuma P.C.
4415 SE Sandy Blvd., Ste. 206
Portland, OR 97213
Phone: 503.206.8122
Facsimile: 503.477.9132
Of Attorneys for Defendant American Family Mutual Insurance Company

The Honorable Paul Papak

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| JULIE WELLBROCK, individually and as conservator for the Estate of Luke Wellbrock, her minor son, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN FAMILY MUTUAL INSURANCE COMPANY, <br><br> Defendant. | Case No.: 3:15-cv-00106-PK <br><br> **GENERAL JUDGMENT OF DISMISSAL** |

Pursuant to the stipulations and agreements of the parties, and the Court being fully advised herein and having so ordered, that all claims by and between all parties are now fully resolved, compromised, and settled.

///
///
///
///
///
///

Page 1 - GENERAL JUDGMENT OF DISMISSAL

1   NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that all claims
2   asserted by and between all parties in this matter be dismissed with prejudice and without an
3   award of costs or attorney fees to any party.

_____
Honorable Paul Papak
U.S. MAGISTRATE JUDGE

DATED this 30th Day of November, 2015

Submitted by:

MCKELVEY KOZUMA, P.C.

By:_____
Lowell P. McKelvey, OSB #993200
4415 NE Sandy Blvd, Ste 206
Portland, Oregon 97213
Telephone: 503.206.8122
E-Mail: lowell@mckelveykozuma.com
*Of Attorneys for Defendant American Family Mutual Insurance Company*

Page 2 - **GENERAL JUDGMENT OF DISMISSAL**